# In The Matter Of:

*Mancini vs City of Providence*

*Mark Mancini*

*Vol. II*

*April 10, 2015*



**ALLIED COURT REPORTERS, INC.**
*and*
**VIDEO CONFERENCE CENTERS**

Phone:   401-946-5500      Toll Free: 888-443-3767
www.alliedcourtreporters.com      info@alliedcourtreporters.com

*Min-U-Script® with Word Index*

```
 1        after that.
 2   Q.   You didn't have to go to court or anything?
 3        A. No.
 4   Q.   Who were the other officers, do you remember,
 5        the defendants?
 6        A. One was the patrolman, Sean Kennedy.  I
 7        don't remember who was actually -- I believe
 8        the shift Commander was, I believe it was
 9        either Lieutenant or Captain Sauro but it was
10        definitely him.  I believe it was Major
11        Fitzgerald, as well as Colonel Esserman and
12        Mayor Cicilline.  And also Sergeant Mirandi.
13   Q.   You think that was Federal Court?
14        A. I believe so.
15   Q.   Thank you.  Anything you remember from the
16        other day that you want to say?
17        A. That's about it.
18   Q.   I want to ask you some questions about the
19        injury you suffered at work, I believe, on
20        November 15, 2010.
21        A. Correct.
22   Q.   And how did -- what was your position on
23        November 15, 2010?
24        A. I was a Sergeant in the Patrol Unit.
25   Q.   In Cranston Street?
```