# In The Matter Of:

*Mancini vs City of Providence*

*Chief Hugh T. Clements, Jr.*
*June 10, 2015*



**ALLIED COURT REPORTERS, INC.**
*and*
**VIDEO CONFERENCE CENTERS**

Phone: 401-946-5500   Toll Free: 888-443-3767
www.alliedcourtreporters.com   info@alliedcourtreporters.com

*Min-U-Script® with Word Index*

Chief Hugh T. Clements, Jr. - June 10, 2015

73

1  general order indicating what the final list was, what
2  all the points include.
3  Q.   There is no discretion in awarding the seniority
4  points; either you've been on the job for a certain
5  amount of time or you haven't, right?
6       A.   Correct.
7  Q.   Same thing with level of education.  If you have
8  a Bachelor's degree, you have five points.  There is
9  no discretion in that?
10      A.   Correct.
11 Q.   With regard to the service points, my
12 understanding is that's at the Chief of Police's
13 discretion?
14      A.   Right, correct.
15 Q.   Let's talk about that.  You testified earlier
16 that you would hold a separate meeting?
17      A.   Yes.
18 Q.   With the command staff to discuss service points,
19 right?
20      A.   Correct.
21 Q.   Let's talk specifically about the June 16, 2013
22 lieutenants promotional exam, which is the reason
23 we're all here today.  I'm going to represent to you
24 on May 3, 2012, which is about six weeks prior to the
25 exam, Sergeant Mancini was informed that there was