SERGEANT'S PROMOTIONAL EXAM - 06-23-2012
SIGN UP

| # | Last Name | First Name | Sign-Up Date | Present Bureau | Date of Appoint | Academy # | Educational Points | Seniority Points | Service Points |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Abatiello | John | 5/11/2012 | Patrol | 5/13/1994 | 54 | | | 5 |
| 2 | Allen | David | 5/16/2012 | Patrol | 1/7/2005 | 62 | | | 5 |
| 3 | Allin | Douglas | 5/21/2012 | BCI | 5/13/1994 | 54 | | | 5 |
| 4 | Andrew | Jason | 5/15/2012 | Prosecution | 1/7/2005 | 62 | | | 5 |
| 5 | Annis | James | 5/11/2012 | Patrol | 11/10/2003 | 61 | | | 5 |
| 6 | Arsenault | Norman | 5/15/2012 | Patrol | 7/4/1988 | 51 | | | 4.5 |
| 7 | Baez | Anibal | 5/15/2012 | Patrol | 5/13/1994 | 54 | | | 4 |
| 8 | Bass | Khari | 5/17/2012 | Patrol | 1/7/2005 | 62 | | | 4 |
| 9 | Benros | John | 5/14/2012 | Patrol | 11/10/2003 | 61 | | | 5 |
| 10 | Bento | John | 5/11/2012 | NOC | 1/7/2005 | 62 | | | 5 |
| 11 | Black | John | 5/24/2012 | NOC | 1/7/2005 | 62 | | | 5 |
| 12 | Bogda | Edward | 5/18/2012 | Housing | 7/9/1991 | 53 | | | 5 |
| 13 | Boranian | Charles | 5/15/2012 | Detectives | 11/22/1981 | 47 | | | 5 |
| 14 | Brown | William | 5/11/2012 | YSB | 8/4/2002 | 60 | | | 5 |
| 15 | Calise | Christopher | 5/21/2012 | Patrol | 6/2/1996 | 56 | | | 5 |
| 16 | Camardo | Michael | 5/15/2012 | Patrol | 8/4/2002 | 60 | | | 4 |
| 17 | Carr | James | 5/25/2012 | Patrol | 10/15/1990 | 52 | | | 4 |
| 18 | Carroll | Sean | 5/18/2012 | Patrol | 8/31/1999 | 58 | | | 4 |
| 19 | Castillo | Miguel | 5/25/2012 | Patrol | 2/15/2004 | 61 | | | 5 |
| 20 | Chabot | Eric | 5/16/2012 | Patrol | 11/10/2003 | 61 | | | 5 |
| 21 | Chin | Eugene | 5/11/2012 | Patrol | 8/4/2002 | 60 | | | 5 |
| 22 | Clift | James | 5/11/2012 | BCI | 5/13/1994 | 54 | | | 5 |
| 23 | Conley | Peter | 5/14/2012 | Patrol | 2/12/1989 | 52 | | | 5 |
| 24 | Corrigan | William | 5/11/2012 | Detectives | 8/25/1995 | 55 | | | 5 |
| 25 | Costa | Kevin | 5/14/2012 | Patrol | 11/10/2003 | 61 | | | 5 |
| 26 | Costantino | Ralph | 5/18/2012 | BCI | 8/25/1995 | 55 | | | 5 |
| 27 | Court | Kenneth | 5/15/2012 | Detectives | 6/2/1998 | 57 | | | 5 |
| 28 | Graven | Eugene | 5/25/2012 | Patrol | 8/4/2002 | 60 | | | 5 |
| 39 | Cryan | James | 5/14/2012 | Patrol | 11/10/2003 | 61 | | | 5 |
| 30 | Currier | Christopher | 5/11/2012 | Detectives | 8/4/2002 | 60 | | | 5 |
| 31 | Cute | Matthew | 5/14/2012 | Patrol | 1/7/2005 | 62 | | | 5 |
| 32 | Darling | Nicole | 5/15/2012 | Patrol | 1/7/2005 | 62 | | | 5 |
| 33 | Deschamps | Jose | 5/14/2012 | Patrol | 8/25/1995 | 55 | | | 4.5 |
| 34 | Deschamps | Albert | 5/21/2012 | Patrol | 8/4/2002 | 60 | | | 5 |
| 35 | Dickie | William | 5/15/2012 | Patrol | 1/6/2006 | 63 | | | |
| 36 | Duarte | George | 5/17/2012 | SRO | 2/15/2004 | 61 | | | 5 |
| 37 | Duffy | Michael | 5/22/2012 | Patrol | 11/10/2003 | 61 | | | 5 |

## SERGEANT'S PROMOTIONAL EXAM - 06-23-2012
### SIGN UP

| # | Last | First | Date | Assignment | Hire Date | Age | Score |
|---|---|---|---|---|---|---|---|
| 38 | Esposito | Richard | 5/15/2012 | Patrol | 1/7/2005 | 62 | 4 |
| 39 | Fernandez | Luis | 5/25/2012 | Patrol | 8/4/2002 | 60 | 4 |
| 40 | Firth | Robert | 5/16/2012 | Detectives | 5/13/1994 | 54 | 4 |
| 41 | Forlini | Ernest | 5/11/2012 | YSB | 11/10/2003 | 61 | 5 |
| 42 | Frechette | Stephen | 5/11/2012 | Patrol | 11/10/2003 | 61 | 5 |
| 43 | Furtado | Francisco | 5/11/2012 | Traffic | 6/9/1992 | 53 | 4.5 |
| 44 | Garcia | Fausto | 5/15/2012 | Patrol | 5/25/1997 | 57 | 5 |
| 45 | Gianfrancesco | Louis | 5/17/2012 | Detectives | 11/10/2003 | 61 | 5 |
| 46 | Gomes | Thiago | 5/11/2012 | Patrol | 8/4/2002 | 60 | 4 |
| 47 | Gonzalez | Daniel | 5/17/2012 | Patrol | 11/10/2003 | 61 | 4 |
| 48 | Green | Maurice | 5/15/2012 | Detectives | 1/14/1990 | 52 | 5 |
| 49 | Hames | Martin | 5/11/2012 | NOC | 8/4/2002 | 60 | 5 |
| 50 | Hampton | Anthony | 5/11/2012 | Patrol | 5/13/1994 | 54 | 5 |
| 51 | Hanley | Joseph | 5/11/2012 | YSB | 11/10/2003 | 61 | 5 |
| 52 | Hassett | James | 5/11/2012 | Evidence | 6/30/1974 | 43 | 5 |
| 53 | Hastings | Trent | 5/14/2012 | Patrol | 1/7/2005 | 62 | 5 |
| 54 | Hersperger | Alicia | 5/25/2012 | Patrol | 1/7/2005 | 62 | 5 |
| 55 | Hutchinson | William | 5/11/2012 | Patrol | 6/2/1996 | 56 | 5 |
| 56 | In | Virak | 5/14/2012 | Patrol | 8/4/2002 | 60 | 6 |
| 57 | Jennette | Matthew | 5/17/2012 | NOC | 1/7/2005 | 62 | 5 |
| 58 | Kane | Joseph | 5/11/2012 | Patrol | 8/4/2002 | 60 | 4 |
| 59 | Kane | Thomas | 5/17/2012 | YSB | 8/4/2002 | 60 | 5 |
| 60 | Kantorski | Jonathan | 5/15/2012 | NOC | 11/10/2003 | 61 | 5 |
| 61 | Keenan | Scott | 5/14/2012 | Motorcycle | 8/4/2002 | 60 | 5 |
| 62 | Kells | Robert | 5/17/2012 | Patrol | 5/25/1997 | 57 | 4.5 |
| 63 | Kennedy | Shawn | 5/11/2012 | Patrol | 8/4/2002 | 60 | 5 |
| 64 | Kennedy | John | 5/25/2012 | Patrol | 6/2/1996 | 56 | NOT ELIGIBLE |
| 65 | Lambert | Troy | 5/24/2012 | Patrol | 11/10/2003 | 61 | 5 |
| 66 | Lawton | Andrew | 5/11/2012 | YSB | 8/25/1995 | 55 | 5 |
| 67 | Lourenco | Christopher | 5/11/2012 | YSB | 8/4/2002 | 60 | 5 |
| 68 | Ludovici | Nicholas | 5/15/2012 | NOC | 6/2/1996 | 56 | 5 |
| 69 | Lynch | Jerome | 5/15/2012 | Patrol | 11/17/1989 | 52 | 5 |
| 70 | Madeira | Joseph | 5/11/2012 | Patrol | 8/4/2002 | 60 | 5 |
| 71 | Manzotti | Taft | 5/18/2012 | FOP | 1/14/1979 | 45 | 5 |
| 72 | Matsumoto | Kensuke | 5/15/2012 | Patrol | 11/10/2003 | 61 | 3 |
| 73 | Maxwell | Shawn | 5/23/2012 | Detectives | 2/23/1986 | 49 | 4.5 |
| 74 | McGregor | Scott | 5/14/2012 | Housing | 5/25/1997 | 57 | 5 |
| 75 | Mellor | James | 5/11/2012 | SVU | 8/25/1995 | 55 | 5 |
| 76 | Mendez | José | 5/18/2012 | Patrol | 1/7/2005 | 62 | 5 |

## SERGEANT'S PROMOTIONAL EXAM - 06-23-2012 SIGN UP

| # | Last | First | Date | Assignment | DOH | Score | | |
|---|---|---|---|---|---|---|---|---|
| 77 | Michael | Theodore | 5/11/2012 | Detectives | 11/10/2003 | 61 | | 5 |
| 78 | Moffett | Casey | 5/14/2012 | Detectives | 5/13/1994 | 54 | | 5 |
| 79 | Moffett | Shawn | 5/16/2012 | Detectives | 5/25/1997 | 57 | | 5 |
| 80 | Morgan | David | 5/15/2012 | Patrol | 3/1/1987 | 50 | | 5 |
| 81 | Morgan | Glenn | 5/15/2012 | Patrol | 8/4/2004 | 60 | | 4 |
| 82 | Moscarelli | David | 5/11/2012 | NOC | 8/4/2002 | 60 | | 5 |
| 83 | Mulligan | Matthew | 5/15/2012 | Patrol | 8/4/2002 | 60 | | 5 |
| 84 | Muriel | John | 5/11/2012 | Detectives | 6/2/1996 | 56 | | 5 |
| 85 | Newton | Frank | 5/11/2012 | Patrol | 8/4/2002 | 60 | | 4.5 |
| 86 | O'Brien | Dennis | 5/23/2012 | Patrol | 5/25/1997 | 57 | | NOT ELIGIBLE |
| 87 | O'Donnell | William | 5/22/2012 | Patrol | 1/16/2000 | 58 | | 5 |
| 88 | Otrando | Michael | 5/15/2012 | Detectives | 3/11/2001 | 59 | | 5 |
| 89 | Partridge | Scott | 5/25/2012 | Patrol | 6/2/1996 | 56 | | NOT ELIGIBLE |
| 90 | Patino | Maribel | 5/11/2012 | SVU | 12/14/1990 | 52 | | 5 |
| 91 | Pereira | George | 5/17/2012 | SRO | 8/25/1995 | 55 | | 4.5 |
| 92 | Perez | Andres | 5/16/2012 | Patrol | 8/4/2002 | 60 | | 5 |
| 93 | Piccirillo | Richard | 5/15/2012 | Housing | 9/9/2004 | 61 | | 5 |
| 94 | Pichs | Leonel | 5/18/2012 | NOC | 8/4/2002 | 60 | | 5 |
| 95 | Pine | Matthew | 5/15/2012 | Patrol | 1/7/2005 | 62 | | 5 |
| 96 | Poncia | Christopher | 5/15/2012 | SVU | 1/7/2005 | 62 | | 5 |
| 97 | Poplaski | Kristopher | 5/11/2012 | NOC | 1/7/2005 | 62 | | 5 |
| 98 | Potter | Patrick | 5/11/2012 | NOC | 1/7/2005 | 62 | | 5 |
| 99 | Primiano | Jonathan | 5/25/2012 | Detectives | 8/4/2002 | 60 | | 5 |
| 100 | Regine | Edward | 5/11/2012 | BCI | 1/16/2000 | 58 | | 4.5 |
| 101 | Renzi | Paul | 5/16/2012 | BCI | 1/28/1992 | 53 | | 4.5 |
| 102 | Richards | Jeffrey | 5/17/2012 | SRO | 11/10/2003 | 61 | | 5 |
| 103 | Roberson | Anthony | 5/11/2012 | Patrol | 8/4/2002 | 60 | | 5 |
| 104 | Robles | Juan | 5/25/2012 | NOC | 8/4/2002 | 60 | | 5 |
| 105 | Rodriguez | Cynthia | 5/11/2012 | YSB | 5/13/1994 | 54 | | 5 |
| 106 | Rudolph | Michele | 5/15/2012 | Patrol | 8/4/2002 | 60 | | 5 |
| 107 | Scarcello | Giuseppe | 5/17/2012 | Patrol | 2/15/2004 | 61 | | 5 |
| 108 | Schiavulli | David | 5/16/2012 | NOC | 8/4/2002 | 60 | | 5 |
| 109 | Schlageter | Margaret | 5/14/2012 | Patrol | 3/1/1987 | 50 | | 4.5 |
| 110 | Sical | Carlos | 5/25/2012 | Detectives | 8/4/2002 | 60 | | 5 |
| 111 | Slater | Gary | 5/17/2012 | Patrol | 6/2/1998 | 57 | | 3 |
| 112 | Sollitto | Vincent | 5/24/2012 | Patrol | 5/13/1994 | 54 | | NOT ELIGIBLE |
| 113 | Sousa | Scott | 5/18/2012 | Patrol | 5/25/1997 | 57 | | 3 |
| 114 | Tella | Michele | 5/11/2012 | Patrol | 5/13/1994 | 54 | | 5 |
| 115 | Thornton | Brian | 5/14/2012 | Patrol | 5/13/1994 | 54 | | 4 |

SERGEANT'S PROMOTIONAL EXAM - 06-23-2012
SIGN UP

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 116 | Troia | Michael | 5/11/2012 | Patrol | 1/7/2005 | 62 | 5 |
| 117 | Vieira | Charles | 5/11/2012 | NOC | 11/10/2003 | 61 | 5 |
| 118 | Washburn | James | 5/11/2012 | SRO | 6/2/1998 | 57 | 5 |
| 119 | Washburn | Robert | 5/24/2012 | Detectives | 6/10/1984 | 47 | 5 |
| 120 | Zincone | Thomas | 5/14/2012 | NOC | 8/25/1995 | 55 | 5 |