UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARK MANCINI,
    PLAINTIFF

      v.                           C.A. No. 13-092-S-PAS

CITY OF PROVIDENCE, by and Through Its
Treasurer, James J. Lombardi, III, and
HUGH CLEMENTS, JR.,
    DEFENDANTS.

### ADDENDUM TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (DOC. NO. 86)

Now comes Mark Mancini, the plaintiff in the above-entitled matter, pursuant to Rule 56 of

the Federal Rules of Civil Procedure and L.R. cv 56 of the Local Rules of the United States District

Court for the District of Rhode Island, by and through his attorney, and hereby submits this

Addendum to Plaintiff's Motion for Summary Judgment (Doc. No. 86) for the purpose of filing the

excerpted deposition transcripts of the following witnesses: (1) Mark Mancini (Vols. I and II); (2)

Hugh T. Clements, Jr. (Vols. I and II); (3) Thomas Verdi; (4) Francisco Colon; (5) Pasquale Granata;

(6) Thomas Oates; (7) Alyssa DeAndrade; and (8) Monty Monteiro.

                           MARK MANCINI
                           By His Attorney,

                           /s/Mark P. Gagliardi
                           Mark P. Gagliardi (#6819)
                           LAW OFFICE OF MARK P. GAGLIARDI, LLC
                           120 Wayland Avenue, Suite 7
                           Providence, RI 02906
                           (401) 277-2030
                           (401) 277-2021 (fax)
                           mark@markgagliardilaw.net

Dated:  May 27, 2017

CERTIFICATION

I hereby certify that on this 27**th** day of May, 20**17**, I filed electronically this document with the Clerk of the U.S. District Court for the District of Rhode Island and, therefore, all counsel-of-record has received notice electronically.

/s/Mark P. Gagliardi