# Excerpted Depo. Tr.
# Mark Mancini
# Vol. II

Mark Mancini - Vol. II - April 10, 2015

25

1      A. No.

2   Q.  How long did you do that job for?

3      A. I did that until August.

4   Q.  August of 2011?

5      A. Yes.  'The 16th or 18th of August.

6   Q.  Six months?

7      A. I wasn't in there for six months, no.  I

8      didn't go back -- you are probably looking at

9      four months or three months.

10  Q.  You think you went back to light duty in May?

11     A. Yes.

12  Q.  And when did you get out of there?

13     A. August.

14  Q.  So you were there for about four months,

15     right?

16     A. Yes.

17  Q.  Approximately?

18     A. Approximately.

19  Q.  Doing the same job the whole time?

20     A. Yes.

21  Q.  Where did you work after you left the Records

22     Bureau?

23     A. What happened is Sergeant Granata came

24     down with the final doctor's report.

25  Q.  Which doctor was this?

26

1    A. This was Dr. Feldman.  He came down with

2    the report.  I believe that was maybe a week

3    or two earlier in August when I saw the

4    doctor.  He came down and he said, Mark,

5    based on this report, I have to send you

6    home.  We spoke and he was in the office.  We

7    talked and I requested, I said, is there any

8    way we can get a second opinion on this.  And

9    his exact words were, you really can't

10   because you have already been seen by a City

11   doctor, meaning Dr. McCoy.  So he gave me the

12   sheet, and he highlighted what the doctor

13   said.  At that point, I went upstairs to see

14   the Captain of the Administration Bureau, who

15   Sergeant Granata worked for.

16   Q.  Who was that?

17   A. Captain Verdi.  He is now Major Verdi.  It

18   was Captain Verdi at the time.  I explained

19   to him that I had no interest in going out.

20   I said, this injury has been six or seven

21   months.  I said, we have people that have

22   been out 18 months and they want me to put in

23   the papers after seven months.  He said,

24   listen, Mark, there's nothing I can do.  You

25   have to put in the papers and if you don't

27

1    put in the papers, I will put the papers in

2    for you.  And he gave me an example.  There

3    was an officer that was hurt.  I will not

4    mention his name, I don't think I can.  He

5    was hurt.  If you want me to, I will.  He was

6    hurt and the Captain said after 18 months,

7    this Sergeant did not want to put in the

8    papers.  He mentioned another Sergeant on the

9    job who was a friend of his.  He said, I went

10   to talk to him to have him tell his friend to

11   put the papers in and he didn't, so I put

12   them in for him.  Those were his exact words.

13   Q.  When you say, put the papers in, you mean to

14       retire?

15       A. Retirement papers, correct.

16   Q.  Did Feldman discharge you in August

17       completely?

18       A. Yes, I guess he did.

19   Q.  So you didn't go back to Feldman after that?

20       A. Later on I did.  I did go back to him.

21   Q.  This final report of Feldman, what was it, if

22       you know, in that report that caused Sergeant

23       Granata to say I have to send you home?

24       A. I would have to read it again, but I'm

25       sure -- I believe it was something like, at

Mark Mancini - Vol. II - April 10, 2015

32

1      A. Yes.

2  Q.  And this is dated August 26, 2011?

3      A. Correct.

4  Q.  And what is your -- do you have an

5      understanding of the contract with respect to

6      light duty or how long you can stay out on

7      light duty?

8      A. Yes.

9  Q.  What is your understanding of that part of

10     the contract?

11     A. You can be out as long as 18 months.

12 Q.  And what happens at the end of 18 months?

13     A. After 18 months, they force you to go out,

14     meaning that they will put the retirement

15     papers in for you if you don't put them in

16     yourself.

17 Q.  When you say 18 months, is that a blanket, 18

18     months, that the contract allows anyone to

19     stay on light duty for?

20     A. No, but you asked me a question as far as

21     how long, and that's the absolute longest you

22     would be able to be out.

23 Q.  Other than the length of time you can be out

24     on light duty, is there any other restriction

25     on working light duty under the contract that