# Excerpted Depo. Tr.
# Hugh T. Clements, Jr.
# Vol. I

Chief Hugh T. Clements, Jr. - June 10, 2015

50

1      A.   Yes.

2   Q.   Before you became Chief of Police, did you have

3   the opportunity to work with him as a police officer?

4      A.   I was a sergeant at that point, so yes.   I

5   was a uniform sergeant.

6   Q.   When was that?

7      A.   1994.

8   Q.   Did you have an opportunity to supervise Sergeant

9   Mancini?

10     A.   Yes.

11  Q.   When, and for how long?

12     A.   That would have been about one year in 1994

13  before I went to, back to detectives as a Sergeant.

14  Q.   Did you, other than that one year in 1994, did

15  you have any other opportunities to supervise Sergeant

16  Mancini?

17     A.   Yes, later.

18  Q.   When?

19     A.   I believe when I became a Major involved in

20  the Homeland Security Division and then as well in the

21  Uniform Division.

22  Q.   How long did you supervise him when you were a

23  Major?

24     A.   Short time.  Maybe a little bit over a year.

25  Q.   Let's talk about when you supervised him in 1994.

Chief Hugh T. Clements, Jr. - June 10, 2015

51

1    You were a uniformed Sergeant, and he was a patrolman,

2    correct?

3         A.  Yes.

4    Q.  He just started out as a police officer, right?

5         A.  Yes.

6    Q.  Were you able to formulate an opinion about

7    Sergeant Mancini's work performance at that time?

8         A.  Generally, yes.

9    Q.  What was your opinion of his work performance at

10   the time?

11        A.  Decent.

12   Q.  Would you say he was at least average?

13        A.  Yes.

14   Q.  Above average?

15        A.  Yes.

16   Q.  All right.  So he was an above-average patrolman

17   in 1994, right?

18        A.  Yes.

19   Q.  Did you ever have any problems with him in 1994?

20        A.  No.

21   Q.  When were you the major in the Homeland Security

22   Division?

23        A.  Would have been, I believe -- don't hold me

24   to the date.  I believe 2008, 2009.

25   Q.  Okay.  Let's go back to 1994.  How often did you

Chief Hugh T. Clements, Jr. - June 10, 2015

52

1   interact with Sergeant Mancini during that one-year

2   period you were his supervisor?

3        A.   Not often.

4   Q.   Would it be once a week, twice a week?

5        A.   I really do not recall.

6   Q.   Enough times to be able to formulate an opinion

7   about his work performance, right?

8        A.   Yes.

9   Q.   When you became, when you were a Major in the

10  Homeland Security Division in 2008 and 2009, Sergeant

11  Mancini, he was a Sergeant at that point, correct?

12       A.   Yes.

13  Q.   How often did you work with him in your capacity

14  as Major and in his capacity as Sergeant?

15       A.   A little bit more often than the previous

16  round.  Probably, maybe once a week, once every other

17  week.

18  Q.   Were you able to formulate an opinion about

19  Sergeant Mancini's abilities as a Sergeant?

20       A.   Yes.

21  Q.   What was your opinion of his abilities as a

22  Sergeant?

23       A.   He had good abilities as a Sergeant.

24  However, I came into that division at a time when

25  there was a dispute over whether or not he belonged in

Chief Hugh T. Clements, Jr. - June 10, 2015

53

1    that unit, replacing a previous member of that unit.

2    Q.   Who did he replace?

3         A.   Sergeant Vinacco.

4    Q.   Who was the dispute between?

5         A.   I think between all parties involved.

6    Sergeant Vinacco, Sergeant Mancini and the

7    administration at the time, the Chief's office.

8    Q.   Who was that?

9         A.   Esserman.

10   Q.   You say that Sergeant Mancini replaced Sergeant

11   Vinacco?

12        A.   Yes.

13   Q.   How did that come about, to your knowledge?

14        A.   I don't have all the facts, but I know that

15   Sergeant Vinacco went away on military leave.

16   Q.   And Sergeant Mancini took his place?

17        A.   Yes.

18   Q.   There were some folks that were not happy about

19   that?

20        A.   I believe when Sergeant Vinacco came back, he

21   was not happy.

22   Q.   Okay.  Let's talk about Sergeant Mancini's

23   abilities to perform his duties as a Sergeant when you

24   were supervising him as a Major.  Would you say he

25   did, did his performance as a Sergeant meet your

Chief Hugh T. Clements, Jr. - June 10, 2015

56

1      A.  No.

2   Q.   So how -- I don't understand how he's badmouthing

3   people.

4      A.  Well, he thought this was personal.  I don't

5   recall exactly what he said about the supervisors.  It

6   wasn't just questioning whether or not he was removed

7   from the unit; he was badmouthing.  I can't verbatim

8   recall what he said, but he was upset.

9   Q.   Okay.  I think I asked if he ever engaged in

10  insubordination.  You said yes, he was badmouthing

11  people.  Now you say that he came to his supervisor to

12  complain about being replaced.  Is it your testimony

13  that that constitutes insubordination?

14     A.  No.

15  Q.   Do you want to take that back?  Do you still

16  consider that to be insubordination?

17     A.  I would say it certainly could be perceived

18  to be insubordinate, to be badmouthing the Chief and

19  Deputy Chief.

20  Q.   Is it fair to say he was coming to you to vent

21  his frustrations?

22     A.  Yes.

23  Q.   You don't consider that to be insubordination, do

24  you?

25     A.  I could.  I didn't take it to the next level,

Chief Hugh T. Clements, Jr. - June 10, 2015

1  but I certainly could have.

2  Q.   You didn't discipline him for that?

3       A.   No.

4  Q.   Okay.  What does IOD status mean?

5       A.   Injured on duty.

6  Q.   Can you describe the process how that works?

7       A.   So somebody is injured in the performance, in

8  the proper performance of their duties.  They would

9  fill out paperwork and file a claim for that status,

10  injured on duty.

11  Q.   Okay.  Then what happens next?

12       A.   The paperwork would be forwarded through the

13  Human Resources Office.  The officer or the employee

14  would seek medical attention, and it would be covered

15  pursuant to the CBA.

16  Q.   Were you aware that Sergeant Mancini was on IOD

17  status in 2011, 2012?

18       A.   Yes.

19  Q.   So how did you become aware that he was on IOD

20  status?

21       A.   Basically by being in the command staff

22  conference room.  Several times during the week on the

23  board we have an updated status of all employees, what

24  division/unit they're in, as well as the IOD and sick

25  board.

Chief Hugh T. Clements, Jr. - June 10, 2015

84

1  probably going to take longer than a lieutenants

2  promotional exam?

3        A.  Correct.  It could potentially be broken up

4  into more than one meeting.

5  Q.    Okay.  Let's go back to the June 16, 2012

6  lieutenants promotional exam.  Did you have a meeting

7  with your command staff to discuss the award of

8  service points for that promotional exam?

9        A.  Yes.

10 Q.    Do you remember when it was?

11       A.  It was during that week.  I'm not sure

12 exactly which day.

13 Q.    During the week of the exam?

14       A.  I believe so.  The week or so before the

15 exam.  It's typically done on the Thursday or Friday

16 prior to the week of the exam, or the Monday and

17 Tuesday.

18 Q.    Is there anybody present at the meeting that

19 memorializes the discussion, takes minutes,

20 tape-records the conversations?

21       A.  No.

22 Q.    Is there any follow-up correspondence from the

23 meetings?

24       A.  Yes.

25 Q.    What is that?

Chief Hugh T. Clements, Jr. - June 10, 2015

85

1     A.   Certainly if there are some supervisors who

2   want to lobby in a strong way for one of their

3   employees, because, again, they work with them on a

4   daily basis and they're closer to them with the

5   activities on the street, we're always open for

6   conversation for that from a sergeant, lieutenant or

7   captain.

8       As well, other documentation could be officers

9   have the list of all the candidates going for that

10   rank.  They have the opportunity to fill out their

11   recommendation for that candidate and his points.

12   Q.   Do you recall who was present at the meeting

13   where a discussion of service points took place for

14   the June 16, 2012 lieutenants promotional exam?

15     A.   I believe I can name most of them.  I'm not

16   positive I can name all of them.  I do recall Deputy

17   Chief Oates, Majors Verdi, Tucker and Colon, Captains

18   Lepre, Stamatakos, Campbell, Lapatin.  I believe

19   Lieutenants Perez and Ready were there.  There may

20   have been other lieutenants there as well.  Captain

21   Sauro was there as well.

22   Q.   Is it typically just the person who directly

23   supervises the candidate, is it typically that person

24   that makes a recommendation of chief points, or do

25   other folks that are present at the meeting make

Chief Hugh T. Clements, Jr. - June 10, 2015

95

1        A.   One.

2    Q.   What about Major Tucker?

3        A.   Three.

4    Q.   What about Major Colon?

5        A.   Zero.

6    Q.   What about Captain Lepre?

7        A.   Zero.

8    Q.   What about Captain Lapatin?

9        A.   Two.   Captain Campbell turned one in, too.

10   Q.   What about Captain Campbell?

11       A.   Two.

12   Q.   Tell us about the discussion about what service

13   points should be awarded to Sergeant Mancini for the

14   June 16, 2012 promotional exam?

15       A.   With every candidate the discussion would be

16   a name would be thrown out, and some of the candidates

17   the discussion would go right to, somebody would blurt

18   out -- there was no formal process.   McHugh, he's a

19   five.   He's a five.   Yes, he's a five.   In unison

20   people would say, He's a five.

21       The commander might say, Does anyone think he's

22   less than a five?   Nobody.   Okay, so we can agree we

23   believe he's a five?   Yes.   That would happen when

24   some of the candidates who were at that particular

25   time considered to be outstanding.

Chief Hugh T. Clements, Jr. - June 10, 2015

96

1     Then oftentimes we would start the meetings.  If
2  somebody, somebody's name was brought up and there was
3  no response, we would say, Okay, we want the points to
4  be meaningful.  Let's -- you know, there have been
5  tests where everybody gets a five.  That became a
6  point of contention with the command staff, Why give
7  everyone a five?  Why even have chief points if they
8  don't mean anything?  They should mean something.

9     It was important to many in the command staff to
10  say, You know, let's let those points mean something.
11  If there was no response from the room, okay, every
12  candidate where there was no response, we'll start it
13  at three.  Then we'll discuss it further.  We'll start
14  it at three, up, down, or stay the same.
15  Q.   Tell us about the discussion about Sergeant
16  Mancini; how did that go?

17     A.   Go down the list alphabetically.  I don't
18  recall verbatim.  There wasn't much of an initial
19  response.  So I think somebody said, There will be
20  further discussion on Sergeant Mancini, so we'll go to
21  the next person.

22     In the meantime, he's one that starts at a three.
23  We'll make a determination based on further discussion
24  and further influence from the command staff and the
25  people around the table what that number should be.

Chief Hugh T. Clements, Jr. - June 10, 2015

97

1    Q.    The people that didn't submit these filled-out

2    forms that were present at that meeting, Stamatakos,

3    Ready and Perez?

4        A.    Yes.   And Sauro, Captain Sauro.

5    Q.    And Sauro.   Did she respond verbally and make a

6    verbal recommendation for points for Mancini?

7        A.    Not that I recall as far as a number.   I can

8    tell you, it does, it pains me to sit here in front of

9    him and say that none of the verbal conversation at

10   that meeting that I recall was glowing or positive.

11   Q.    All right.   Since we're all here, let's talk

12   about that.   Let's talk about what everyone said about

13   Sergeant Mancini.   Why did the folks that recommended

14   he get a zero, Colon and Lepre, why did they say he

15   should get a zero?

16               MR. MCHUGH:   Objection as to form.   You

17   can answer, if you know.

18       A.    I don't really specifically know.   I know

19   there was much conversation about negative attitude,

20   not a team player.   I remember specifically George

21   Stamatakos saying that, just a poor attitude.

22       As the conversation goes on, and we want these

23   points to be meaningful, Is this what we want from a

24   lieutenant?   The service points, we want to award for

25   someone who has applied to a position that is, in

Chief Hugh T. Clements, Jr. - June 10, 2015

99

1    A.   I would consider it overall.  I mean, if

2  somebody had a real bad record as a patrolman, we're

3  certainly looking for more up-to-date current

4  information.

5    I mean, people spend years here.  You know, they

6  may have had something in their past in their jacket,

7  in their 201 file from 10, 12 years ago.  That

8  certainly should be given less weight than where they

9  are now in their career.

10  Q.   You ultimately decided, you made the final call

11  to give Sergeant Mancini a zero, right?

12    A.   Yes, I did.  I do that and I'll say that,

13  you know, and I mean this.  Every decision I make in

14  the department I try to do for the best of the

15  organization, including when people are applying for

16  certain positions within the police department.

17    There may be a vacancy for a detective sergeant,

18  and 11 people put in for it.  In the end, I'm the one

19  who puts them there.  So I take the blame and credit

20  for putting that person there.

21    I hold an extremely high regard on what the

22  supervisors tell me.  In fact, I don't sit on the

23  interview process.  In the end, they forward a name to

24  me.  Since I've been Chief, not one person who has

25  been assigned to one of those preferred units have

Chief Hugh T. Clements, Jr. - June 10, 2015

100

1   been picked specifically by me.  They've been

2   recommended to me.  I approve them.  I approve them.

3   I approve them.

4        I'll certainly, if a name came before me that I

5   disapproved of, I would -- but I think it's important

6   for the commanding officers of these respective units

7   to be responsible for who is going to run their units

8   and who they have under their command.  I hold that in

9   very high regard.

10  Q.   I believe you testified that in awarding the

11  service points one of the things you looked at is what

12  someone did previously, what they were awarded on a

13  previous promotional exam for service points, right?

14       A.   Yes.

15  Q.   Did you look into what Mancini was awarded on a

16  previous promotional exam?

17       A.   Yes.

18  Q.   What was he awarded?

19       A.   He was given five points on previous

20  administrations of promotional exams.

21  Q.   On how many of them?

22       A.   A couple.  At least two.  At least two.

23  Q.   When was the most recent one prior to June 16,

24  2012?

25       A.   I believe it was 2010.

Chief Hugh T. Clements, Jr. - June 10, 2015

103

1    Sergeant Mancini being on IOD status?

2         A.   That didn't come into play.

3    Q.   That's not the question.   Was there any

4    discussion among the people?

5         A.   Not that I recall.   Not that I recall.

6    Q.   Did anybody give Sergeant Mancini a low score,

7    recommend he have a low score because he was on IOD

8    status?

9         A.   Not that I know of.

10   Q.   Who said that Sergeant Mancini was not a team

11   player?

12        A.   Captain Stamatakos and others had mentioned

13   that verbiage.

14   Q.   Did you ask them for specifics?

15        A.   It was part of the conversation.   Again,

16   verbatim, I don't remember exactly what was said.   But

17   by a team player, I mean, we're looking for, as a

18   lieutenant you're an integral part of the operation

19   and directives of the day-to-day operation of a police

20   department.

21        You certainly want people in that role who are

22   going to be positive and not be negative about the

23   command staff and the administration.   Most

24   importantly, I think you want a team player.   That was

25   important to me to hear that, not a team player, from

Chief Hugh T. Clements, Jr. - June 10, 2015

108

1   Q.   Based on your discussions with the people at this

2   meeting, you came to the conclusion that Sergeant

3   Mancini was performing the worst of all 16 candidates,

4   right?

5        A.   Yes.

6   Q.   Did you issue him any discipline because it was

7   reported to you that he had a negative attitude, not a

8   team player, and a poor attitude?

9        A.   No.

10  Q.   Why not?

11       A.   I don't think we ever administered discipline

12  to anyone with negative attitude or, or attitude.

13  Q.   What did you say earlier, that a zero constituted

14  what?  You said a five was excellent, outstanding,

15  right?

16       A.   Yes.

17  Q.   What was zero?

18       A.   I believe I said a poor performer.

19            MR. GAGLIARDI:  Can we have that read

20  back, please?

21            (OFF THE RECORD)

22            MR. GAGLIARDI:  Let's go back on the

23  record.  So before we took our break, I asked the

24  court reporter to find in the transcript your

25  testimony.