# Excerpted Depo. Tr. Thomas Verdi

1  A.  Because I had conversations with my two
2  Captains, and he -- when he -- at the time I
3  submitted it, for those two or three months I was
4  in charge of uniform and we had conversations
5  about those officers who were in the uniform
6  division.  Mark Mancini was one of them.
7  Q.  So is it your testimony that as long as the
8  direct supervisors make a recommendation you're
9  going to go by what they say?
10  A.  No.
11  Q.  So why did you go by what they said in Mark
12  Mancini's case?
13  A.  Why did I?
14  Q.  Yes.  If you have no direct dealings with Mark
15  Mancini and if you're not in a position --
16  A.  I didn't go by what they -- Commander Oates
17  recommended a three.
18  Q.  Right.  But Stamatakis and Lepre recommended a
19  one; right?
20  A.  I don't know what they recommended.
21  Q.  Well, you changed it to one.
22  A.  I changed mine based on conversations I had
23  with Stamatakis and Lepre.  Right.
24  Q.  Why did you change it to one?
25  A.  Because they had nothing redeeming to say

Major Thomas Anthony Verdi - November 16, 2015

69

1  about Mark Mancini, nothing at all redeeming to
2  say.  So I changed his to a one, I changed
3  whomever (sic) else's to whatever else I ended up
4  giving them.  Why I didn't change Acampora,
5  that's the initial question, he wasn't working
6  for us.
7  Q. Did you speak with Stamatakis and Lepre about
8  Richard Fernandes?
9  A. Probably.
10 Q. Let's take a look at Exhibit Number 3, the
11 Sergeant promotional exam, the score sheets for
12 that exam.  If you look at the first eight pages,
13 those aren't your score sheets, but do you see
14 columns for educational points, seniority
15 points -- well, before we get to that, do you
16 notice how the score sheets have different column
17 heads, the first eight pages?  It's educational
18 points, seniority points, and service points.
19 A. Yes.
20 Q. And starting on page nine we no longer have the
21 educational points, we just have -- and then we
22 have previous service points?
23 A. Yeah.
24 Q. So do you agree with me that these are different
25 types of score sheets?