# Excerpted Depo. Tr.
# Francisco Colon

Major Francisco Colon - November 16, 2015

19

1    Q.   Did you have an opportunity or occasion to

2         observe Sergeant Mancini performing his job

3         duties prior to June 2012?

4         A.   On occasion, yeah.  When I was -- much prior

5         to me becoming Department Inspector, maybe when I

6         was in narcotics or maybe when I was in

7         detectives.  So I've had some interaction with

8         the Sergeant, but not -- he never worked for me

9         directly or -- and I can't say that we -- did I

10        have a great deal of experience or a great deal

11        of contact with the Sergeant working, I can't say

12        that.

13   Q.   Were you able to formulate an opinion about

14        Sergeant Mancini's abilities as a police officer

15        prior to June 2012?

16        A.   Not based on firsthand direct knowledge.  It

17        wouldn't be fair to say that that would be the

18        case, no.

19   Q.   So would it be fair to say you had no opinion of

20        Sergeant Mancini's capabilities as a police

21        officer prior to June 2012?

22             MR. McHUGH:  Objection as to form.  You

23        can answer.  You can answer.

24        A.   Did I have an opinion?  Yeah.  So your

25        question is, is it fair to say I had an opinion,

Major Francisco Colon - November 16, 2015

20

1          I think is what you said.

2    Q.   Right.

3          A.   No.   I did have an opinion.

4    Q.   What was your opinion of him?

5          A.   My opinion was that he was a negative police

6     officer.

7    Q.   Okay.   So prior to that meeting in June of 2012,

8     you thought Sergeant Mancini was a negative

9     police officer?

10         A.   Yes.

11   Q.   Can you point to any evidence to support that?

12         A.   It was based -- okay.   So just prior to the

13    exam, I had had conversations with Sergeant

14    Grenada who indicated to me that the Sergeant was

15    less than responsive in terms of providing

16    Sergeant Grenada with certain documentation that

17    the Sergeant was looking for.   So I had had a

18    conversation or maybe several conversations with

19    Sergeant Grenada, and that's what I recall.   And

20    this was just prior to the exam.   Again, Sergeant

21    Granada indicated to me that the Sergeant was

22    less than responsive in providing documents that

23    he needed.

24   Q.   What documents?

25         A.   Medical documents, I believe, is what they

Major Francisco Colon - November 16, 2015

23

1    care if you have a hundred reasons or one reason.

2    I want to know all of them.  Okay?

3    A.  I'm going to make it easy for you.  I don't

4    have any specific instances.  I can tell you

5    this:  That being a policeman for 29 years going

6    on 30, you hear other bosses and supervisors

7    communicating about other officers.  And so most

8    of the information that I have was based on

9    communications from other officers.

10         For example, at that meeting there were, as

11   I recall, there was a conversation, the specifics

12   of which I cannot recall, but we went around the

13   table and people who supervise him directly

14   provided information that was easily interpreted

15   as indicating that he was an officer who was a

16   negative officers, not the best performer.

17   Again, directly I can't tell you that I've

18   witnessed or -- I can't give you any direct

19   knowledge.  So my opinion was based on

20   information that I was getting from other

21   officers, supervisors -- officers who supervised

22   him.

23   Q.  I want to talk specifically about an opinion that

24   you formed about Sergeant Mancini before that

25   meeting, before you heard other police officers

Major Francisco Colon - November 16, 2015

43

1    A.  Not that I'm aware of.

2  Q.  Did you ever hear of any problems that Sergeant

3    Mancini had when he was over in Homeland

4    Security?

5    A.  Not that I'm aware of.

6  Q.  Do you remember what you recommended for service

7    points for Sergeant Mancini?

8    A.  Yes.

9  Q.  What?

10    A.  A zero.

11  Q.  Why did you recommend he get a zero?

12    A.  I think I've already answered that in the

13    beginning of this.

14  Q.  You did?

15    A.  Yeah.

16  Q.  Okay.  Can you answer it again?  I must have

17    missed it.

18    A.  Sure.  I said that I formulated my opinion to

19    recommend a zero based on conversations and

20    information that was provided to me by officers

21    who supervised him, including officers who were

22    making recommendations about what points they

23    were going to recommend for Sergeant Mancini, in

24    addition to the information I had from Sergeant

25    Grenada about his less than responsiveness to

Major Francisco Colon - November 16, 2015

44

1     providing documents.

2  Q.  Is one of the reasons that you recommended

3     Mancini get a zero for service points because he

4     wasn't providing documentation to Sergeant

5     Grenada regarding his injury?

6  A.   I just told you, it was one of the things

7     that I considered.

8  Q.  So it factored into your decision to recommend a

9     zero?

10  A.   That he's not being cooperative and he's a

11     supervisor, he's a Sergeant, and I'm hearing

12     complaints from Sergeant Grenada that he's less

13     than responsive, absolutely.  That's not the

14     behavior you expect from a supervising officer.

15  Q.  Did you ever talk to Sergeant Mancini as to

16     whether or not Sergeant Grenada's allegations

17     were accurate?

18  A.   No.

19  Q.  Why not?

20  A.   I didn't -- I relied on Sergeant Grenada and

21     relied on the fact that I believe he was being

22     forthright and forthcoming in telling the truth.

23     If you know Sergeant Grenada, there's no one --

24     he's an honest man, God-fearing man.  Sergeant

25     Grenada is not going to make something like that

Major Francisco Colon - November 16, 2015

63

1    misconduct, yes.

2  Q.  I'm going to represent to you that he received an

3      award of service points of three.  Are you aware

4      of that?

5      A.  I can see that.

6  Q.  And you represented he get a three; right?

7      A.  I did.

8  Q.  And you recommended that he get a higher grade

9      for service points than Sergeant Mancini; right?

10     A.  Clearly.

11 Q.  Why?

12     A.  I don't know why.  I just did.

13 Q.  Would you agree with me that using excessive

14     force is a more serious offense than being

15     negative?

16     A.  Yes.

17 Q.  And it's -- using excessive force is a more

18     serious offense than not turning in your

19     paperwork --

20     A.  Yes.

21 Q.  -- for an injury?

22     A.  Yes.

23             MR. GAGLIARDI:  This is Exhibit 3.

24             (PLAINTIFF'S EXHIBIT 3 MARKED FOR ID)

25 Q.  Okay, Major Colon, I've just handed you what's

Major Francisco Colon - November 16, 2015

71

1     a patrolman, which is sort of how I remember it,

2     and then at some point given a reprieve and

3     allowed to go back to detectives where he

4     originally came from.  So before he got promoted

5     to Sergeant, he was a detective in BCI, right,

6     eventually gets demoted, and as I recall, he got

7     demoted back to patrolman and then eventually

8     allowed to go back to BCI, is how I recall it.  I

9     could be wrong.  He could have gone from Sergeant

10    to BCI, but I don't think so.  As I recall it, he

11    went from Sergeant to patrolman for a little

12    while.

13  Q.  What did he do that resulted in his demotion?

14    A.  He was one of the Sergeants or may have been

15    the Sergeant that responded to a high profile

16    incident where excessive force was used by an

17    officer who eventually was terminated, that led

18    to a criminal investigation.

19  Q.  And you would concede that what Officer Renzi did

20    that resulted in his demotion was worse than

21    Sergeant Mancini's not turning in paperwork to

22    Sergeant Grenada and worse than Sergeant Mancini

23    being negative; right?

24    A.  Yes.

25          MR. GAGLIARDI:  Exhibit 4.