# Excerpted Depo. Tr. Pasquale Granata

Sergeant Pasquale Granata - December 10, 2015

37

1  anybody at the department?
2  A.  I never used that terminology.  I never
3  expressed that he was milking the system or slowing
4  down the system.
5  Q.  Did you ever express the opinion that Mancini was
6  not doing all he could do to get back to work; did you
7  express that opinion to anyone at the department?
8  A.  No.
9  Q.  My understanding from some of the testimony in
10 this case is that there are command staff meetings on
11 a regular basis; is that correct?
12 A.  There used to be, yes.
13 Q.  There aren't anymore?
14 A.  They're discretionary.  I guess the Colonel
15 sets them up or the command staff sets them up.  They
16 get cancelled sometimes.
17 Q.  One of the subjects that comes up at these
18 meetings are all the police officers that are on IOD
19 status?
20 A.  That is one of the reasons why I'm called in,
21 yes.
22 Q.  Is there a, my understanding is that there is a
23 board with people's names on it that are on IOD
24 status?
25 A.  Yes.

Sergeant Pasquale Granata - December 10, 2015

38

1  Q.   Where is that?
2       A.   It's in the commissioner's conference room,
3  on the third floor on the commissioner's side of the
4  building.
5  Q.   Was there ever an incident where there was a
6  meeting to discuss IOD status of the police officers,
7  and Mancini's name was brought up?
8            MR. MCHUGH:  Objection as to the form.
9  Use of the word incident.  You can answer.
10      A.   I'm sure there was, yes.
11 Q.   Did you ever hear anybody say anything negative
12 about Sergeant Mancini, about Sergeant Mancini being
13 on IOD status at any of those meetings?
14      A.   No.
15 Q.   Let's talk about how service points are awarded
16 for candidates who are taking promotional exams; are
17 you familiar with the process?
18      A.   Yes.
19 Q.   What is your role in that process?
20           THE WITNESS:  In the service points
21 process or the whole promotional process?
22           MR. GAGLIARDI:  The whole process.
23      A.   A promotional process usually begins by
24 memorandum stating that a particular rank, a test for
25 a particular rank is going to be given.  It has

1  accidental disability benefits if you get injured on
2  the job; is that correct?
3      A.  And it's permanent.
4  Q.  Right.  But an ordinary disability could be for
5  those applicants who are disabled from service, but
6  they're disability stems from something outside of
7  work, right?
8      A.  It could be degenerative.
9  Q.  It's not caused by work, right?
10     A.  Correct.
11 Q.  You get less money for ordinary disability
12 benefits than you do for accidental?
13     A.  That's correct.
14 Q.  So isn't this letter -- to me, it looks like, you
15 tell me if you disagree -- it looks like you're asking
16 the Retirement Board to consider him also for an
17 ordinary disability, right?
18     A.  That's correct.
19 Q.  So you directed, you told Sergeant Mancini in
20 September of 2011 that if he didn't file for
21 accidental disability the department would on his
22 behalf.  He filed it.  Then in May you drafted this
23 letter asking the board to consider him for ordinary
24 disability benefits, correct?
25     A.  Correct.