# Excerpted Depo. Tr. Alyssa DeAndrade

1  Q.  And my understanding is it's your testimony that a
2      captain called you and asked you about these five
3      candidates at least; correct?
4  A.  Yes.
5  Q.  Let's talk about Sergeant Mancini. My
6      understanding is you're currently his direct
7      supervisor?
8  A.  Currently, no.
9  Q.  So tell us about all the times that you supervised
10     him?
11              MR. McHUGH: Objection to form. You
12     can answer.
13 A.  I was his direct supervisor when I -- right
14     after I was first promoted to lieutenant, I was
15     put in charge of District 3, I was the commanding
16     officer in District 3, and Mark was my sergeant.
17     I actually asked him to bid into the district
18     because I believe he was working for someone else
19     at the time, and he came over to District 3 for
20     me. So for that amount of time that we were in
21     District 3 together, I was his direct supervisor.
22              MR. GAGLIARDI: I'm sorry, I'm
23     missing a sheet on my questions. I'm going to
24     have to take a one-minute break. I'll be right
25     back.

Lieutenant Alyssa DeAndrade - December 08, 2015

22

1           (SHORT RECESS TAKEN)
2  Q.  Sorry about that.
3  A.  That's okay.
4  Q.  You became a lieutenant in 2010?
5  A.  Correct.
6  Q.  You said that you asked Mark, Sergeant Mancini to
7      bid into your district?
8  A.  I did.
9  Q.  Why?
10 A.  Because I wanted him to work in my district for
11     me.  I wanted him to be my supervisor on the day
12     shift.
13 Q.  Why?
14 A.  Because we had a great working relationship.
15     We worked together as sergeants when we were
16     assigned to District 4, and I love his work ethic,
17     he's reliable.  He's a fantastic supervisor, and I
18     wanted someone who could step into my shoes when I
19     wasn't going to be there.  And I mostly worked
20     nights.  And the day shift, it had a lot of senior
21     guys.  It needed to be tightened up, and I wanted
22     someone who I knew was going to come in and do
23     exactly what needed to be done over there.
24 Q.  How long had you and Sergeant Mancini worked
25     together as sergeants?

1   A. I don't remember, to be honest. I got promoted
2   in '05. I know we worked together in District 4,
3   but I didn't bid there until 2006, so we relieved
4   each other. He was the day shift sergeant and I
5   was the out first shift sergeant in that district
6   for a few years, probably -- I'm guessing, I don't
7   remember how long it was.
8   Q. So you became his direct supervisor when you
9   became a lieutenant in 2010. When did you no
10  longer become his supervisor?
11  A. I left District 3 to go to District 7 in, I
12  want to say September of 2011. I don't know the
13  exact dates. At that point I went to the other
14  side of the city.
15  Q. So how long would you say that you were Sergeant
16  Mancini's direct supervisor?
17  A. A year and a half probably.
18  Q. In your opinion what are some of the qualities
19  that one needs to have to be an effective police
20  officer?
21             MR. McHUGH: Objection to form. You
22  can answer.
23  A. A police officer or supervisor?
24  Q. Well, start with police officer and then we will
25  go to supervisor.

Lieutenant Alyssa DeAndrade - December 08, 2015

24

1  A. Well, a couple basic things are they have to be
2  able to have some common sense and they have to be
3  able to be self-initiated.  They need to be able
4  to be in the field without having direct
5  supervision.  That's one of the most important
6  things because that was one of the issues that we
7  had.  They need to be reliable, dependable.
8  Q. Anything else?
9  A. I'm sure there are a lot of things.
10 Q. But in your opinion does Sergeant Mancini have
11 those qualities?
12 A. Oh, absolutely.
13 Q. In your opinion what are some of the qualities
14 that one needs to be an effective supervisor on
15 the Providence Police Department?
16 A. A supervisor needs to be able to be objective.
17 I think they need to be able to put people's
18 personalities aside and not be afraid to address
19 an issue when they see it, hold guys accountable.
20 Q. Anything else?
21 A. Yeah, they need to be reliable, dependable,
22 available to their supervisor, and again the same
23 qualities as before, they absolutely need to be
24 able to think independently, to be able to address
25 an issue they see before it becomes a problem.

1  Q. And in your opinion does Sergeant Mancini have
2     those qualities?
3  A. Yes, he does.
4  Q. During the time that you supervised Sergeant
5     Mancini in that one and a half years, how would
6     you rate his overall performance as a police
7     officer?  Would you say it was above average,
8     average, or below average?
9  A. It was above average.
10 Q. Can you tell us why?
11            MR. McHUGH:  Objection as to form.
12    You can answer.
13 A. All the way around.  I mean, anything I ever
14    needed from him was -- a lot of times he would
15    anticipate what I needed.  There's nothing better
16    than that as a district lieutenant, to have
17    someone that you can go to.  Even on his days off
18    if I called him about something I needed taken
19    care of, he would answer the phone and he'd say to
20    me, Don't worry about it, it will be taken care
21    of.  There's no better relationship between the
22    lieutenant and the sergeant than to have someone
23    like that, and I knew once I asked him to do
24    something, I could take it off my plate.  I knew
25    it would be done and it would be done correctly

1   and I wouldn't have to worry about it.
2   Q.  Do you think Sergeant Mancini would be an
3       effective lieutenant?
4   A.  Yes.
5               MR. McHUGH:  Objection to form.  You
6   can answer.
7   A.  Yes, I do.
8   Q.  Why?
9   A.  Because he understands.  He can do all the
10      things especially a district lieutenant needs to
11      do.  He's seen it.  We actually worked together,
12      he would come to different things with me, and he
13      sees the big picture.  Some people are not able to
14      connect -- street work doesn't always transfer to
15      the community aspect of things, and he's seen both
16      sides of it, and I think he would do an excellent
17      job at it.
18          One of the things he does very well, and I
19      have told him this many times, is his control on
20      the radio is fantastic.  There are some
21      supervisors that are good supervisors but they're
22      not good patrol supervisors, and he can do that.
23      Some guys can't do that.
24  Q.  What do you mean control?  Self-control?
25  A.  No.  Control of the other officers, control of

```
 1            the resources on the radio.  He's able to pay
 2            attention to come over and control the situation;
 3            control the officers, even if he's not even on
 4            scene yet, and that's important, and that
 5            translates especially to being a shift commander,
 6            which a lieutenant is a shift commander.  You're
 7            not just responsible for a few officers, you're
 8            responsible for the entire city.
 9      Q.    Okay.  Have you ever heard any supervisor at the
10            Providence Police Department, a lieutenant or
11            above, ever say anything negative about Sergeant
12            Mancini?
13            A. A lieutenant or above?  Probably.  I mean, pick
14            a person, I have heard somebody say something bad
15            about them over there, but anything specific that
16            I can recall?  No, I couldn't say anything
17            specific.
18      Q.    What about another police officer, have you ever
19            heard another police officer say anything negative
20            about Sergeant Mancini or his work performance?
21            A. A police officer, no.
22      Q.    Let me backtrack.  When I said have you ever heard
23            anything negative, have you heard anybody say
24            anything negative about his work performance or
25            his abilities as a police officer?
```

1    A. No. No.
2    Q. Have you ever heard a supervisor say that they
3       thought Sergeant Mancini had a bad attitude?
4    A. I've never heard anybody say that, no.
5    Q. Have you ever heard anybody say that they thought
6       Sergeant Mancini was not a team player?
7    A. No.
8    Q. Have you heard anybody say that or did you learn
9       that anybody said that Sergeant Mancini
10      circumvented the chain of command?
11          THE WITNESS: That he circumvented
12      the chain of command?
13          MR. GAGLIARDI: Yes.
14   A. No.
15   Q. Did Sergeant Mancini ever circumvent the chain of
16      command when you were supervising him?
17   A. Never.
18   Q. Did you ever hear anybody say that Sergeant
19      Mancini was a loner and didn't interact with his
20      fellow sergeants?
21   A. Never.
22   Q. Did you ever witness Sergeant Mancini being a
23      loner and not interacting with other sergeants?
24   A. No. Just the opposite.
25   Q. Were you Sergeant Mancini's supervisor when he was

1    became colonel?

2    A. Yes.

3 Q. Do you remember any conversations with Hugh
4    Clements about Mark Mancini's abilities as a
5    police officer before he became colonel?

6    A. Not that I recall, no.

7 Q. Did you ever hear Hugh Clements say anything
8    negative about Mark Mancini's abilities as a
9    police officer before he became colonel?

10   A. No.

11 Q. There was a promotional exam that took place
12   June 16, 2012, which is basically why we're all
13   here today. Were you Sergeant Mancini's direct
14   supervisor at that time?

15            THE WITNESS:  In 2012?
16            MR. GAGLIARDI:  Yes.

17   A. No.

18 Q. Did anybody call you and ask you your opinion
19   about Sergeant Mancini's abilities as a police
20   officer with regards to that promotional exam?

21   A. No.

22 Q. When Sergeant Mancini left Homeland Security to
23   work in the academy, did you ever hear that
24   Sergeant Mancini was bad mouthing the
25   administration because of that?

1  the direct supervisor of the candidate, or do they
2  ask just anybody on the command staff even if they
3  don't have a supervisory capacity over the
4  candidate?
5          MR. McHUGH: Objection as to form.
6  You can answer.
7  A. That I'm not sure. I don't know, and I don't
8  know what happens after our recommendations.
9  Q. Has anybody ever asked you for a recommendation
10    for service points on a candidate that you didn't
11    supervise?
12 A. No.
13 Q. Had you been asked to give a recommendation of
14    service points to Sergeant Mancini, what would you
15    have recommended he get?
16         MR. McHUGH: Objection as to form.
17 You can answer.
18 A. I would recommend 5 for him.
19 Q. Do you think Sergeant Mancini is a better police
20    officer than Sergeant Yang?
21         MR. McHUGH: Objection to form. You
22 can answer.
23 A. And no disrespect to Sergeant Yang, but I think
24    Sergeant Mancini is a much better supervisor, yes.
25 Q. I'm going to represent to you that Sergeant Yang