# Excerpted Depo. Tr. Monty Monteiro

Monty Monteiro - December 08, 2015

22

```
 1   Q.   And you ultimately selected Sergeant Mancini?
 2   A.   Yes.
 3   Q.   Why did you select Sergeant Mancini out of the
 4        five candidates?
 5   A.   I liked his demeanor, his professionalism.
 6        There was nothing in his personnel file that would
 7        prohibit him to apply or indicate any negative
 8        admonishments or letters of reprimand, and I was
 9        looking for a senior guy that the troops would
10        respect and follow orders for.
11   Q.   Let's just go back a minute to those meetings that
12        you attended for the written promotional exams for
13        a recommendation of an award of service points.
14        What's the lowest score that anyone ever
15        recommended a promotional candidate get, to your
16        knowledge?
17              MR. McHUGH:  Objection to form.  You
18        can answer.
19   A.   To the best of my knowledge, I believe it was a
20        3.
21   Q.   So you recommended that Mancini get the position
22        over the other four candidates; correct?
23   A.   Yes.
24   Q.   And how long was he in the position of sergeant of
25        Homeland Security?
```

Monty Monteiro - December 08, 2015

23

1  A. A year, approximately 11 months.
2  Q. 11 months, and you were his direct supervisor
3     during that time?
4  A. Yes, I was.
5  Q. So tell us about your dealings with Sergeant
6     Mancini as his supervisor.
7           MR. McHUGH: Objection as to form.
8     You can answer.
9  A. At the juncture of him being hired, it didn't
10    take me long to figure out that I made the right
11    choice.  The evaluation that I completed on
12    December of 2008 says basically it all, that he's
13    a can-do guy, he's trustworthy, he's a
14    professional, he gets along with everybody, and
15    junior people used to look up to him as a senior
16    sergeant with knowledge and experience.
17 Q. In your opinion what are some of the qualities
18    that one needs to be an effective police officer?
19          MR. McHUGH: Objection to form.  You
20    can answer.
21 A. We have to be trustworthy, first of all.  You
22    must have the right reasoning for wanting to
23    become a police officer.
24 Q. The right reason, which is what?
25 A. To protect and serve as opposed to something

1   personal, something prestigious, or something that
2   doesn't fit a police officer.
3   Q. Trustworthy, right reason to be a police officer,
4   what else?
5   A. The ability to get along with subordinates and
6   people in general, having a can-do attitude, not
7   needing much coaching or instruction. If you said
8   it once, Sergeant Mancini carried it out, whatever
9   the agenda of the day was.
10  Q. Anything else?
11  A. Appearance, professionalism.
12  Q. When you say "appearance," can you be more
13  specific?
14  A. Well, depending on the work of the day, you
15  would adjust your clothing, in uniform versus
16  plain clothes, whatever the job of the day was,
17  and Sergeant Mancini was always squared away with
18  his appearance, nothing out of place. Someone to
19  represent the department without any doubts that
20  he wouldn't do a good job.
21  Q. Do you also mean somebody who's physically in good
22  shape?
23  A. Oh, yeah, that's part of it. He had a regimen,
24  a PT program that you could see by observation
25  that he was working out -- had worked out and

Monty Monteiro - December 08, 2015

27

```
 1      A. Yes.
 2   Q. And what opinion did you have, if any, about his
 3      ability to supervise others?
 4      A. There was never any examples of people balking
 5      at his instructions or his requests, and no news
 6      was good news as far as I was concerned.
 7   Q. During the time that you supervised Sergeant
 8      Mancini at Homeland Security, how would you rate
 9      his overall performance?  Above average, average,
10      or below average?
11              MR. McHUGH:  Objection to form.  You
12      can answer.
13      A. As I indicated in his evaluation, he was
14      excellent in all categories.
15   Q. How would you rate his overall performance as a
16      supervisor?  Average, above average, or below
17      average?
18              MR. McHUGH:  Objection to form.  You
19      can answer.
20      A. Excellent.
21   Q. What do you think Sergeant Mancini did well as a
22      supervisor?
23              MR. McHUGH:  Objection as to form.
24      You can answer.
25      A. His ability to gain people's trust, and with
```

Monty Monteiro - December 08, 2015

28

1   that trust, the ease which was created in
2   following his instructions and orders.
3 Q. Do you think Sergeant Mancini would be an
4   effective lieutenant?
5           MR. McHUGH:  Objection to form.  You
6   can answer.
7 A. Absolutely.
8 Q. Why?
9           MR. McHUGH:  Objection.
10 A. Because he's got all the criteria that would be
11   required to be a lieutenant leading men and women.
12   Like I said before, it's the foundation that you
13   need to establish, and in my criteria it's always
14   been the foundation of experience, that's what
15   people respect, that's what agencies look for,
16   that's what makes you feel confident in your
17   abilities and be able to lead.
18 Q. Did you ever hear any supervisor, and when I say
19   supervisor I mean someone who is a lieutenant or
20   above, ever say anything negative about Sergeant
21   Mancini's work performance?
22 A. Not to my knowledge, and there was nothing in
23   his 201 file at the time I looked at it.
24 Q. Did you ever hear any police officer ever say
25   anything negative about Sergeant Mancini?

1             MR. McHUGH:  Motion to strike whistle
2    blower.  Objection to form.  You can answer.
3    A.  I didn't go looking for that, so I never
4    confirmed that that allegation was, in fact,
5    gospel.
6  Q. But you heard the allegation from Mancini himself?
7    A.  Yes.
8             MR. GAGLIARDI:  Give us a few
9    minutes.  I'm going to take a 10-minute break.
10             (SHORT RECESS TAKEN)
11 Q. Okay, Mr. Monteiro, just a few more questions and
12    then we're done.  Thank you very much for coming
13    today even though you weren't subpoenaed and
14    didn't have to be here.  I appreciate you coming
15    and answering my questions.
16    A.  No need for a subpoena.
17 Q. Tell us about your interactions with Sergeant
18    Mancini after Sergeant Vinacco came back from
19    Iraq?
20    A.  It was always upbeat.  We used to talk on
21    occasion, but there was nothing I can point my
22    finger to as far as anything bad or derogatory or
23    him complaining.
24 Q. What position did Sergeant Mancini go to after
25    Sergeant Vinacco came back?