UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARK MANCINI,
    PLAINTIFF

v.                                                           C.A. No. 13-092-S-PAS

CITY OF PROVIDENCE, by and Through Its
Treasurer, James J. Lombardi, III, and
HUGH CLEMENTS, JR.,
    DEFENDANTS.

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
**(DOC. NO. 85)**

Now comes MARK MANCINI, the plaintiff in the above-captioned matter, by and through his attorney, pursuant to Rules 7 and 56 of the Federal Rules of Civil Procedure and Local Rules Cv7 and Cv56 of the United States District Court for the District of Rhode Island, and hereby opposes Defendant's Motion for Summary Judgement (Doc. No. 85).

As grounds for his opposition, Plaintiff relies on his Memorandum of Law to be filed with the Court.

                                            MARK MANCINI
                                            By His Attorney,

                                            /s/Mark P. Gagliardi
                                            Mark P. Gagliardi (#6819)
                                            LAW OFFICE OF MARK P. GAGLIARDI, LLC
                                            120 Wayland Avenue, Suite 7
                                            Providence, RI 02906
                                            (401) 277-2030
                                            (401) 277-2021 (fax)
                                            mark@gagliardilaw.net

Dated: June 9, 2017

CERTIFICATE OF SERVICE

I hereby certify this on the <u>9th</u> day of June, 2017, this document was filed through the ECF system with the Clerk of the U.S. District Court for the District of Rhode Island and, therefore, all counsel-of-record has received notice electronically.

<u>/s/ Mark P. Gagliardi</u>