UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MARK MANCINI,<br>    PLAINTIFF<br><br>v.<br><br>CITY OF PROVIDENCE, by and Through Its<br>Treasurer, James J. Lombardi, III, and<br>HUGH CLEMENTS, JR.,<br>    DEFENDANTS. | :<br>:<br>:<br>:<br>:    C.A. No. 13-092-S-PAS<br>:<br>:<br>:<br>:<br>: |

### PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
### (DOC. NO. 85)

Now comes MARK MANCINI, the plaintiff in the above-captioned matter, by and through his attorney, pursuant to Rules 7 and 56 of the Federal Rules of Civil Procedure and Local Rules Cv7 and Cv56 of the United States District Court for the District of Rhode Island, and hereby opposes Defendant's Motion for Summary Judgement (Doc. No. 85).

As grounds for his opposition, Plaintiff relies on his Memorandum of Law to be filed with the Court.

                                  MARK MANCINI
                                  By His Attorney,

                                  /s/Mark P. Gagliardi
                                  Mark P. Gagliardi (#6819)
                                  LAW OFFICE OF MARK P. GAGLIARDI, LLC
                                  120 Wayland Avenue, Suite 7
                                  Providence, RI 02906
                                  (401) 277-2030
                                  (401) 277-2021 (fax)
                                  mark@gagliardilaw.net

Dated: June 9, 2017

## CERTIFICATE OF SERVICE

I hereby certify this on the <u>9th</u> day of June, 2017, this document was filed through the ECF system with the Clerk of the U.S. District Court for the District of Rhode Island and, therefore, all counsel-of-record has received notice electronically.

<u>/s/ Mark P. Gagliardi</u>